COHEN DOWD QUIGLEY
The Camelback Esplanade One
2425 East Camelback Road, Suite 1100
Phoenix, Arizona 85016
Telephone 602•252•8400

Daniel G. Dowd (012115)
Email: ddowd@CDQLaw.com
Rebecca van Doren (019379)
Email: rvandoren@CDQLaw.com
Lauren Koloseike (029860)
Email: lkoloseike@CDQLaw.com
   Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Charles Cornfield, Benjamin Robert Flynn, Alexander J. Goodwin, Bernard Linser, Matthew Mansfield, Patrick Murphy, William J. O'Hayer, and Matthew V. Parker,<br><br>    Plaintiffs,<br><br>vs.<br><br>Arizona Board of Regents, a body politic and agency of the State of Arizona, Michael Thompson, James Hardina, and Louis Scichilone,<br><br>    Defendants. | Case No: 2:16-cv-00924-PHX-ROS<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>(Assigned to the Honorable Roslyn O. Silver) |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Alexander Goodwin and Defendants the Arizona Board of Regents ("ABOR"), Michael Thompson, James Hardina, and Louis Scichilone stipulate and agree that the claim Goodwin asserted in the Third Amended Complaint against Defendant Michael Thompson (Count 4) shall be dismissed with prejudice, with each side to bear its own costs and fees. This stipulation does not impact Defendants' right to seek fees against any other Plaintiff.

//
//
//

RESPECTFULLY SUBMITTED this 15th day of November, 2016.

        **COHEN DOWD QUIGLEY**
        The Camelback Esplanade One
        2425 East Camelback Road, Suite 1100
        Phoenix, Arizona 85016
          Attorneys for Defendants

By: _/s/_____
     Daniel G. Dowd
     Rebecca van Doren
     Lauren M. Koloseike

Alexander Goodwin
9332 E. Olla Ave.
Mesa, AZ 85212
Alex.J.Goodwin@hotmail.com
*Pro per*

_/s/ Alexander Goodwin_
Alexander Goodwin

# CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2016, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing. I further certify that the attached document was sent via electronic mail and U.S. Mail to the following:

Charles Cornfield
14810 N. 63rd Ave.
Glendale, AZ 85306
E-mail: flakes@cox.net

Benjamin Robert Flynn
1111 N. 64th St., Unit 9
Mesa, AZ 85205
E-mail: BRFlynn@gmail.com

Alexander Goodwin
9332 E. Olla Ave.
Mesa, AZ 85212
Ee-mail: Alex.J.Goodwin@hotmail.com

Bernard Linser
4053 E. Hopi Ave.
Mesa, AZ 85206
E-mail: Budlinser@yahoo.com

Matthew Mansfield
1770 E. Chaparral Drive
Case Grande, AZ 85122
E-mail: Matthew.L.Mansfield@gmail.com

Patrick Murphy
10610 S. 48th St. #2106
Phoenix, AZ. 85044
E-mail: pjmurphy7@cox.net

Matthew V. Parker
530 E. McDowell Rd. #107-217
Phoenix, AZ 85004-1500
E-mail: Matthew.V.Parker@gmail.com

William J. O'Hayer
13009 S. 37th St.
Phoenix AZ 85044-3878
E-mail: WJOHayer@gmail.com

By: /s/ *Toni Patino*